```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YENSY CONTRERAS,

                                         Plaintiff,

            -against-

AZWC 1, LLC,

                                     Defendant.

21-CV-09684 (PGG)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff served Defendant on December 13, 2021. See ECF No. 6. Accordingly, Defendant's response to Plaintiff's complaint was due no later than January 3, 2022. As of the issuance of this order, Defendant has filed no answer or other response.

       By January 21, 2022, Plaintiff shall file a letter advising the Court whether there has been any contact with the Defendant, or whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:    New York, New York
                January 14, 2022