UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YENSY CONTRERAS,

                        **Plaintiff,**                      21-CV-09684 (PGG)(SN)

    -against-                                        **ORDER**

AZWC 1, LLC,

                        **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff's motion for default judgment was due by February 21, 2022. See ECF No. 9. As of the issuance of this order, Plaintiff has filed no such motion.

    By March 4, 2022, Plaintiff shall file either the motion for default judgment or a letter advising the Court of the status of the case.

**SO ORDERED.**

                                                                                    SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:      February 28, 2022
                 New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/28/2022*