UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>AZWC 1, LLC,<br><br>Defendant. | **ORDER**<br><br>21 Civ. 9684 (PGG) (SN) |

PAUL G. GARDEPHE, U.S.D.J.:

The show cause hearing currently scheduled for April 7, 2022 is adjourned to **April 11, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Plaintiff will serve Defendant with this order by overnight mail no later than 5:00 p.m. on **April 1, 2022**.

Dated: New York, New York
       March 31, 2022

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge